UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CARITAS MANAGEMENT CORP.,<br><br>  Defendant.<br>_____/ | No. C-14-03118 (EDL)<br><br>NOTICE OF CONTINUANCE<br>OF CASE MANAGMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for October 7, 2014 has been continued to October 14, 2014 at 3:00 p.m.  The location shall remain the same.

The joint case management statement is now due October 7, 2014.  Any other deadlines associated with the Case Management Conference shall remain the same.

Dated:  August 18, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge