UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CARITAS MANAGEMENT CORPORATION,<br><br>          Defendant. | Case No.  14-cv-03118-SI   (JSC)<br><br>**ORDER RE: SETTLEMENT CONFERENCE** |

The Settlement Conference scheduled before the undersigned Magistrate Judge for December 9, 2014 is advanced to December 8, 2014 at 9:30 a.m., in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The Court's October 17, 2014 Order sets forth the procedures governing the Settlement Conference.  Because Plaintiff is proceeding pro se he should consult with the Legal Help Center, 450 Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782-8982, for free assistance as soon as possible.

**IT IS SO ORDERED**.

Dated: October 28, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge