# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS RAMIREZ,<br><br>      Plaintiff,<br><br>v.<br><br>CARITAS MANAGEMENT CORPORATION,<br><br>      Defendant. | CASE NO. 14-cv-03118-SI (JSC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(A)(1)** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) with respect to all parties.

DATED: January 16, 2015

By: *[signature]*
LUIS RAMIREZ

-1-          14-cv-03118-SI (JSC)
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER [FRCP 41(A)(1)]

DATED: January 16, 2015                    HANSON BRIDGETT LLP

By: _____
DOROTHY S. LIU
Attorneys for Defendant
Caritas Management Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/30/15                             _____
                                           The Honorable Susan Illston
                                           UNITED STATES DISTRICT COURT